IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DOUGLAS FRAZIER,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF DOUGLAS, NEBRASKA, THE CITY OF OMAHA, NEBRASKA, and JAY WINEINGER, in his individual and official capacity;<br><br>　　　　　　Defendants. | **8:18CV160**<br><br>**ORDER** |

Pursuant to the unopposed motion of dismissal without prejudice, Filing No. 76, defendant, City of Omaha, is dismissed without prejudice.

Dated this 27th day of December, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge