IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DOUGLAS FRAZIER,<br><br>        Plaintiff,<br><br>vs.<br><br>COUNTY OF DOUGLAS, NEBRASKA, and JAY WINEINGER, in his individual and official capacity;<br><br>        Defendants. | **8:18CV160**<br><br>**ORDER** |

Pursuant to the memorandum and order, Filing No. 149, entered in this case, Filing No. 117 is hereby moot.

THEREFORE, IT IS ORDERED that Filing No. 117 is denied as moot.

Dated this 6th day of January, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge