IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DOUGLAS FRAZIER | ) | Case No.  8:18cv160 |
| Plaintiff, | ) | **ORDER TO DESTROY** |
| vs. | ) | |
| COUNTY OF DOUGLAS, NEBRASKA, And JAY WINEINGER, in his official Capacity; | ) | |
| Defendants. | ) | |

Counsel for both the plaintiff and the defendants notified the court on March 9, 2022 that they wish the following exhibits held by the court in this matter to be destroyed.

Plaintiff's Trial Exhibits    3/23-29/2021

Defendant's Trial Exhibits 3/23-29/2021

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED:   March 9, 2022

BY THE COURT

s/ **Joseph F. Bataillon**
Senior United States District Judge